# APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: _Clarke Criddell_
(Please print)

STREET ADDRESS: _P.O. Box 252_

CITY/STATE/ZIP: _Posen, Illinois 60469_

PHONE NUMBER: _(773) 407-2243_

CASE NUMBER: **09CV6235**
**JUDGE Virginia M. Kendall**
**MAG. JUDGE Maria Valdez**

_Clarke Criddell_     10/2/09
Signature                Date

**FILED**
Oct 6, 2009
OCT 6 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT